IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Cheryl K

Printed: 9/3/08

Case Number: 08 B 08528
Judge: Wedoff, Eugene R

Filed: 4/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 17, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,396.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,305.26 |
| Trustee Fee: |  | 90.74 |
| Other Funds: |  | 0.00 |
| Totals: | 1,396.00 | 1,396.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,654.00 | 1,305.26 |
| 2. | Consumer Portfolio Services | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 22,000.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 11,637.88 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 2,112.50 | 0.00 |
| 7. | Cash Call | Unsecured | 507.05 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 16.25 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 175.31 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 38.47 | 0.00 |
| 11. | PRA Receivables Management | Unsecured | 107.76 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 90.78 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 19. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 39,340.00 | $ 1,305.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 90.74 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Turner, Cheryl K

Printed:  9/3/08

Case Number:  08 B 08528
Judge:  Wedoff, Eugene R
Filed:  4/8/08

_____
$ 90.74

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

